**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6837**

EDWARD LEE MOSES,

Plaintiff - Appellant,

versus

SERGEANT DANNY WRIGHT; CAPTAIN QUINTON
THOMPSON; LIEUTENANT SHERYL WILLOUGHBY;
SERGEANT ALVIN LITTLE; CAPTAIN DONALD EDWARDS;
OFFICER ALAN HINSHAW; SERGEANT JAMES LINDSEY;
OFFICER JAMES M. JOHNSON; SERGEANT YOLANDA
THOMPSON; OFFICER BILLIE WEAVER;
SUPERINTENDENT RICK JACKSON; SECRETARY THEODIS
BECK; DIRECTOR BOYD BENNETT; CHIEF HATTIE
PIMPONG; DIRECTOR FINESSE G. COUCH; GREGORY T.
WAH, Admin. Examiner,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Senior
District Judge. (3:04-cv-00517-1-MU)

Submitted: July 20, 2006               Decided: July 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward Lee Moses, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Lee Moses appeals a district court order and judgment dismissing his civil rights complaint without prejudice for failing to exhaust administrative remedies. We have reviewed the district court's order and the record and affirm for the reasons cited by the district court. See Moses v. Wright, No. 3:04-cv-00517-1-MU (W.D.N.C. filed Apr. 10, 2006; entered Apr. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED